1
2
3          IN THE UNITED STATES DISTRICT COURT
4          FOR THE EASTERN DISTRICT OF CALIFORNIA
5
6   JAY CONRAD JOHNSON,                    1:06-cv-00243-LJO-TAG HC
7              Petitioner,                 <u>ORDER OF TRANSFER</u>
8        vs.
9   A.P. KANE, Warden,
10             Respondent.
11   _____/

12        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
13   28 U.S.C. § 2254, in the Fresno Division of the United States District Court for the Eastern District
14   of California.

15        The federal venue statute requires that a civil action, other than one based on diversity
16   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants
17   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions
18   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action
19   is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in
20   which the action may otherwise be brought." 28 U.S.C.  § 1391(b).

21        In a habeas matter, venue is proper in either the district of conviction or the district of
22   confinement.  28 U.S.C. § 2241(d).  Where a petitioner attacks the execution of his sentence, the
23   proper forum in which to review such a claim is the district of confinement.  <u>See</u> <u>Dunne v. Henman</u>,
24   875 F.2d 244, 249 (9th Cir. 1989)(stating, in a 28 U.S.C. § 2241 action, that "[t]he proper forum to
25   challenge the execution of a sentence is the district where the prisoner is confined.")

26        In this case, petitioner is challenging a conviction from Placer County, which is in the
27   Sacramento Division of the Eastern District of California.  Therefore, the matter should be addressed
28                                              1

1  in the forum where petitioner was convicted.  Thus, the petition should have been filed in the

2  Sacramento Division of the United States District Court for the Eastern District of California.

3  Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division

4  of a court may, on the court's own motion, be transferred to the proper division of the court.

5  Therefore, this action will be transferred to the Sacramento Division of this Court.

6         Good cause appearing, IT IS HEREBY ORDERED that:

7         1.  This action is transferred to the United States District Court for the Eastern District of

8  California sitting in Sacramento; and,

9         2.   All future filings shall reference the new Sacramento case number assigned and shall be

10  filed at:

11         United States District Court
           Eastern District of California
12         501 "I" Street, Suite 4-200
           Sacramento, CA 95814
13

14
    IT IS SO ORDERED.
15
    Dated:   **April 13, 2007**                        **/s/ Theresa A. Goldner**
16  _____                                     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
                                        2